A. H. West, Plaintiff in Error, vs. Mary L. Taylor, De-
    fendant in Error.

Writ of error to Circuit Court, Madison county;
John F. White, Judge.

H. J. McCall, for Plaintiff in Error.

A. H. King and Chas. E. Davis, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for the plaintiff in error.